IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MARQUAN L. WILSON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil No. 16-00702-CV-W-ODS<br>Crim. No. 07-00287-01-CR-W-ODS |

ORDER OF DISMISSAL

    Pending is Petitioner's Motion to Dismiss Second or Successive Motion to Correct Sentence under 28 U.S.C. § 2255. Doc. #8. On September 2, 2016, the Eighth Circuit denied Petitioner's request to file a successive habeas petition. Accordingly, Petitioner's motion is granted and the case is dismissed.

IT IS SO ORDERED.

                                                    /s/ Ortrie D. Smith
                                             ORTRIE D. SMITH, SENIOR JUDGE
DATE: October 11, 2016               UNITED STATES DISTRICT COURT